UNITED STATES of America,
Appellee,

v.

Marcellus LEACH, Appellant.

No. 10301.

United States Court of Appeals
Fourth Circuit.

Argued April 5, 1966.

Decided April 15, 1966.

John Webb, Wilson, N. C. (Court-appointed counsel) [Kirby & Webb, Wilson, N. C., on brief], for appellant.

Gerald L. Bass, Asst. U. S. Atty. (Robert H. Cowen, U. S. Atty., on brief), for appellee.

Before BRYAN and BELL, Circuit Judges, and BUTZNER, District Judge.

PER CURIAM:

The finding of guilt by the District Judge, sitting without a jury, is adequately supported by the evidence, and as we observe no error in the trial, the judgment on appeal will be affirmed.

Affirmed.